EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2018 TSPR 99 |
| | |
| Carlos R. Rodríguez García | 200 DPR ____ |

Número del Caso: TS-7,061

Fecha:   23 de mayo de 2018

Abogado de la peticionaria:

          Por derecho propio

Materia:  Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

  Carlos R. Rodríguez García       TS-7,061


RESOLUCIÓN

San Juan, Puerto Rico, a 23 de mayo de 2018.

     Examinada la *Moción Reiterando Solicitud de Reinstalación*, se reinstala al Lcdo. Carlos R. Rodríguez García al ejercicio de la abogacía.

     Publíquese.

     Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo, Interina. La Jueza Presidenta Oronoz Rodríguez y la Juez Presidenta Interina señora Rodríguez Rodríguez no intervinieron. El Juez Asociado señor Rivera García no interviene.


Sonnya Isabel Ramos Zeno
Secretaria del Tribunal Supremo, Interina